# SUPERIOR COURT OF BALTIMORE CITY

Filed October 9, 1889.

### CHARLES E. CASSELL
### VS.
### TALBOT J. ALBERT.

*John Henry Keene, Jr.*, for plaintiff.

*W. M. Marine* for defendant.

HARLAN, J.—

The plaintiff brought suit to recover for work done on plans furnished the defendant for buildings corner Fayette and Liberty streets, which were not used by defendant. The Court *held* that if the plaintiff was employed as an architect and he fully prepared suitable drawings, he was entitled to receive and recover a reasonable price for the same.